Case 1:22-cv-00715-TWT   Document 1-2   Filed 02/21/22   Page 1 of 12

E-FILED IN OFFICE - JM
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**22-C-00187-S4**
**2/17/2022 1:29 PM**
**TIANA P. GARNER, CLERK**

### IN THE STATE COURT OF GWINNETT COUNTY

### STATE OF GEORGIA

| | | |
|---|---|---|
| KATINA BOOKER, | ) | |
| Plaintiff, | ) ) ) | |
| | ) | CIVIL ACTION |
| v. | ) ) | |
| | ) | FILE NO. 22-C-00187-S4 |
| QUIKTRIP CORPORATION, JANE DOE, JOHN DOE, XYZ CORP, AND ABC CORP, | ) ) ) ) | |
| Defendants. | ) | |

### **DEMAND FOR TWELVE MEMBER JURY TRIAL**

COMES NOW, Defendant QUIKTRIP CORPORATION, appearing specially and without submitting to the jurisdiction and venue of this Court, and demands a trial by a twelve member jury in the above styled action.

Respectfully submitted,

**DOWNEY & CLEVELAND, LLP**

By: /s/ Sean L. Hynes
Sean L. Hynes
Georgia State Bar No. 381698
hynes@downeycleveland.com
Attorneys for Defendant Quiktrip
Corporation

Downey & Cleveland, LLP
288 Washington Avenue
Marietta, GA 30060-1979
T: 770-422-3233
F: 770-423-4199

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the following counsel of record with a true and correct copy of the foregoing pleading via electronic service and/or by depositing said copy in the United States Mail, with sufficient postage affixed thereon, and properly addressed to the following:

Vangelis Zafiroulis, Esq.
William T. "Billy" Joyner, Esq.
Haug Law Group, LLC
8237 Dunwoody Place
Atlanta, Georgia 30350

This 17th day of February, 2022.

**DOWNEY & CLEVELAND, LLP**

By: /s/ Sean L. Hynes
    Sean L. Hynes
    Georgia State Bar No. 381698

Case 1:22-cv-00715-TWT   Document 1-2   Filed 02/21/22   Page 3 of 12

E-FILED IN OFFICE - JM
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**22-C-00187-S4**
**2/17/2022 1:29 PM**
**TIANA P. GARNER, CLERK**

# IN THE STATE COURT OF GWINNETT COUNTY
# STATE OF GEORGIA

| | |
|---|---|
| KATINA BOOKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | FILE NO. 22-C-00187-S4 |
| QUIKTRIP CORPORATION, JANE ) | |
| DOE, JOHN DOE, XYZ CORP, AND ) | |
| ABC CORP, ) | |
| ) | |
| Defendants. ) | |

## **RULE 5.2 CERTIFICATE OF SERVICE OF DISCOVERY**

Pursuant to Uniform State Court Rule 5.2, the undersigned hereby certifies that on the date shown, Defendant QUIKTRIP CORPORATION, appearing specially and without submitting to the jurisdiction and venue of this Court, served copies of the following pleadings:

1. Defendant's First Continuing Interrogatories to Plaintiff;
2. Defendant's First Request for Production of Documents to Plaintiff;
3. Defendant's First Request for Admissions to Plaintiff; and
4. Defendant's Responses to Plaintiff's Request for Admissions.

by depositing same in the United States Mail, properly addressed and with sufficient postage affixed thereon, to the following counsel of record:

Vangelis Zafiroulis, Esq.
William T. "Billy" Joyner, Esq.
Haug Law Group, LLC
8237 Dunwoody Place
Atlanta, Georgia 30350

This 17th day of February, 2022.

        Respectfully submitted,

        **DOWNEY & CLEVELAND, LLP**

        By:   /s/ Sean L. Hynes
            Sean L. Hynes
            Georgia State Bar No. 381698
            hynes@downeycleveland.com
            Attorneys for Defendant Quiktrip
            Corporation

Downey & Cleveland, LLP
288 Washington Avenue
Marietta, GA 30060-1979
T: 770-422-3233
F: 770-423-4199

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the following counsel of record with a true and correct copy of the foregoing pleading via electronic service and/or by depositing said copy in the United States Mail, with sufficient postage affixed thereon, and properly addressed to the following:

Vangelis Zafiroulis, Esq.
William T. "Billy" Joyner, Esq.
Haug Law Group, LLC
8237 Dunwoody Place
Atlanta, Georgia 30350

This 17th day of February, 2022.

                                      **DOWNEY & CLEVELAND, LLP**

                                      By:     /s/ Sean L. Hynes
                                             Sean L. Hynes
                                             Georgia State Bar No. 381698

Case 1:22-cv-00715-TWT   Document 1-2   Filed 02/21/22   Page 6 of 12

E-FILED IN OFFICE - JM
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**22-C-00187-S4**
**2/17/2022 1:29 PM**
**TIANA P. GARNER, CLERK**

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

| | | |
|---|---|---|
| KATINA BOOKER,<br><br>     Plaintiff,<br><br>v.<br><br>QUIKTRIP CORPORATION, JANE DOE, JOHN DOE, XYZ CORP, AND ABC CORP,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION<br><br>FILE NO. 22-C-00187-S4 |

**DEFENDANT QUIKTRIP CORPORATION'S NOTICE
OF FILING ORIGINAL DISCOVERY**

COMES NOW, Defendant QUIKTRIP CORPORATION, appearing specially and without submitting to the jurisdiction and venue of this Court, and files the following Original Discovery with the Clerk of Court:

1.

Defendant's Responses to Plaintiff's First Request for Admissions.

Respectfully submitted,

**DOWNEY & CLEVELAND, LLP**

By:    /s/ Sean L. Hynes
       Sean L. Hynes
       Georgia State Bar No. 381698
       hynes@downeycleveland.com
       Attorneys for Defendant Quiktrip
       Corporation

Downey & Cleveland, LLP
288 Washington Avenue
Marietta, GA 30060-1979
T: 770-422-3233
F: 770-423-4199

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the following counsel of record with a true and correct copy of the foregoing pleading via electronic service and/or by depositing said copy in the United States Mail, with sufficient postage affixed thereon, and properly addressed to the following:

Vangelis Zafiroulis, Esq.
William T. "Billy" Joyner, Esq.
Haug Law Group, LLC
8237 Dunwoody Place
Atlanta, Georgia 30350

This 17th day of February, 2022.

**DOWNEY & CLEVELAND, LLP**

By: /s/ Sean L. Hynes
Sean L. Hynes
Georgia State Bar No. 381698

Case 1:22-cv-00715-TWT   Document 1-2   Filed 02/21/22   Page 8 of 12

E-FILED IN OFFICE - JM
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**22-C-00187-S4**
**2/17/2022 1:29 PM**
**TIANA P. GARNER, CLERK**

## IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| KATINA BOOKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | FILE NO. 22-C-00187-S4 |
| ) | |
| QUIKTRIP CORPORATION, JANE ) | |
| DOE, JOHN DOE, XYZ CORP, AND ) | |
| ABC CORP, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT QUIKTRIP CORPORATION'S RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS

COMES NOW, Defendant QUIKTRIP CORPORATION, appearing specially and without submitting to the jurisdiction and venue of this Court, and responds to Plaintiff's First Request for Admissions as follows:

### GENERAL OBJECTION

Defendant objects to the Request for Admissions served by Plaintiff along with the Complaint on the grounds that it is it is inappropriate for Plaintiff to serve such request for admissions along with the complaint. See Perez v. Miami-Dade Cnty., 297 F.3d 1255, 1266 (11th Cir. 2002). It is too early for Defendant, having not yet received the allegations, to perceive what facts should or should not be contested. It is further inappropriate for Plaintiff to re-serve the complaint in the form of Request for Admissions in order to require Defendant to admit or deny nearly every paragraph of a Complaint that it has already answered." Id.

Defendant further objects to the Plaintiff's Request for Admissions on the grounds that such Requests are not set forth as provided for under O.C.G.A. § 9-11-125. Further, these Requests

are combined with additional discovery, and thus, are procedurally deficient. See A & D Barrel & Drum Co. v. Fuqua, 132 Ga. App. 827, 831 (1974), overruled on other grounds by G. H. Bass & Co. v. Fulton Cty. Bd. of Tax Assessors, 268 Ga. 327 (1997), stating that Requests for Admissions should not carry excess baggage, including enclosing of interrogatories.

1.

Defendant objects to paragraph 1 of Plaintiff's First Request for Admissions on the grounds that it is vague and confusing. Subject to the foregoing objection and without waiving same, Defendant admits/denies the averments contained in said paragraph.

2.

Defendant admits the averments contained in paragraph 2 of Plaintiff's Request for Admissions.

3.

Defendant denies the averments contained in paragraph 3 of Plaintiff's Request for Admissions.

4.

Defendant denies the averments contained in paragraph 4 of Plaintiff's Request for Admissions.

5.

Defendant admits the averments contained in paragraph 5 of Plaintiff's Request for Admissions.

6.

Defendant denies the averments contained in paragraph 6 of Plaintiff's Request for Admissions, as alleged.

7.

Defendant denies the averments contained in paragraph 7 of Plaintiff's Request for Admissions.

8.

Defendant denies the averments contained in paragraph 8 of Plaintiff's Request for Admissions.

9.

Upon information and belief, and after reasonable inquiry, the information known or readily obtainable by Defendant is insufficient to enable Defendant to admit or deny the averments contained in paragraph 9 of Plaintiff's Request for Admissions.

10.

Upon information and belief, and after reasonable inquiry, the information known or readily obtainable by Defendant is insufficient to enable Defendant to admit or deny the averments contained in paragraph 10 of Plaintiff's Request for Admissions.

11.

Defendant denies the averments contained in paragraph 11 of Plaintiff's Request for Admissions.

12.

Defendant denies the averments contained in paragraph 12 of Plaintiff's Request for Admissions.

        Respectfully submitted,

        **DOWNEY & CLEVELAND, LLP**


        By:   /s/ Sean L. Hynes
             Sean L. Hynes
             Georgia State Bar No. 381698
             hynes@downeycleveland.com
             Attorneys for Defendant Quiktrip
             Corporation

Downey & Cleveland, LLP
288 Washington Avenue
Marietta, GA 30060-1979
T: 770-422-3233
F: 770-423-4199

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the following counsel of record with a true and correct copy of the foregoing pleading via electronic service and/or by depositing said copy in the United States Mail, with sufficient postage affixed thereon, and properly addressed to the following:

Vangelis Zafiroulis, Esq.
William T. "Billy" Joyner, Esq.
Haug Law Group, LLC
8237 Dunwoody Place
Atlanta, Georgia 30350

This 17th day of February, 2022.

**DOWNEY & CLEVELAND, LLP**

By: /s/ Sean L. Hynes
　　Sean L. Hynes
　　Georgia State Bar No. 381698